JACK GORDON; SBN 169380
The Gordon Law Group
1885 The Alameda, Ste.210
San Jose, CA 95126
Tel. (408)286-1351
Fax. (408)503-0954

Attorney for Defendant,
Matthew Rocha

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW ROCHA ,

    Defendant.
_____/

No. 4:21-cr-00236-001 YGR

SENTENCING MEMORANDUM

Court: Hon. Gonzalez Rogers
Date: May 1, 2025
Time: 8:00 a.m.

    Defendant ROCHA is in agreement with the Government's recommendation of a credit for time served sentence. The attached letters are for the Court's' consideration.

                                                /S/
                                             Jack Gordon
                                        Attorney for Defendant

1

Your Honor

Thank you for taking the time away from your busy schedule I appreciate that. I want to begin by acknowledging all those who provided me the opportunity to make this change in my life. This has been a long and challenging process that began when I chose to step away from the gang. I want to shine a bright light on the fact that this is not something I could have done entirely on my own without the help and support of so many others. It was because of their hardwork and efforts "throughout" the process that made it all possible. An outcome for which I am eternally grateful. To say that I have led a troubled life would be a gross understatement. From my early teens on into my adulthood I was involved with gangs in one form or another. This lifestyle led to an enormous amount of violence and reckless behavior. I made some really bad choices with terrible results. I am truly sorry for all the pain and suffering I inflicted upon others. All the turmoil and harm that I caused as well as the ripple effect created by my actions. This all stemmed from a mindset and a belief system that was just wrong, an utter lack of responsibility for my actions and a flawed rationalization as to how I saw things. There is so much I wish I had done differently. Much more I wish I had not done at all knowing I can never take any of it back and having no one to blame but myself. I may not have had the best upbringing, nor the ideal household to provide the proper guidance, but that is no excuse for my behavior. My mom pretty much had to raise us on her own but I knew the difference between right and wrong. My childhood wasn't entirely bad it may have been a bit adventurous and perilous at times but I got thru it. This one time my brother Daniel and I were in the backseat of our car I accidently fell out onto the street when my dad was driving away from the gas station. I jumped up and immediately chased after them. When I got older I fell right back onto those streets and never looked back. Once again out there chasing after something

else. Seeking the attention of others, looking to fit in, to be accepted. All the while making one bad decision after another. My brother Daniel often got the blame for this because he was older. But none of this was ever his fault. It was all my doing from the time I fell out the back of the car till now. I take full responsibility for my actions. Now that I have aged alot and grown older I have matured quite considerably. I can look back upon my life and see it for what it actually was. It has been an eye opening and shameful experience. A realization that I now deal with on a daily basis. Feelings of guilt, shame and regret. The sense of loss and the constant reminder of all the people I let down, especially my two daughters Destiny and Celeste who were just babies when I was arrested thirty years ago. I missed the births of my three grandchildren, their birthdays and so much more. The decades I've been away from them and my family. All the worry I've caused them and my mom over the years. So much I need to make up for. All the wrongs I've done. I know I am a different person today. I am not that same individual that ran the streets, that ran the prisons. That is a life I have put behind me. This does not mean I will forget what I have done, on the contrary it will serve as a reminder so I don't repeat the mistakes of my past. I will learn from my mistakes. I don't take life so lightly anymore. This life that I am living now is a life I can appreciate. I will approach each new day with a fresh outlook and conduct myself in a positive and productive manner. I will continue to stay focused and shape my future for a better version of myself. I will hold onto hope that one day I will be able to play with all of my grandchildren, spend time with my daughters, time with my family, look after and care for my elderly mother. Live a responsible life and prove reliable to others. Drive to and from work everyday like so many others do just to make ends meet. A simple life that is not so simple at all but worthwhile and all one can ask for. I will continue to work towards achieving these goals and stay the course. I will not let down all those who were instrumental in helping me get to this point in my life. I will do my all to uphold my

commitment to this change that I embarked upon five years ago today. I will finish what I started because this is very important to me. I want to be known for who I am now, not that person that I used to be. All can rest assured I will remain focused, I will remain vigilant regardless of time or circumstance. Meaning the choice has already been made. It is a foregone conclusion. This was not a decision that I made on a whim. There were many factors involved here. Much that I had to consider. Honestly though one need look no further than Christian and Drew of the FBI. They were the glue that kept me intact, made me realize that there is much more to this life than one thinks. I know I can be a better person, that I am a better person now because of them. There is still a lot that I can accomplish. Some good that I can do. This is what I have my sights set on now. This new life, this new outlook I have ventured upon. I have found a new purpose.

Thank you for allowing me this time.

Sincerely Matthew Rocha

**March 22, 2025**

**Re: Letter of Support for Matthew Rocha, CDCR# K-34251**

Dear Judge:

My name is Patricia Alcocer. I have dedicated 30 years of my life to public service in Monterey County, where currently I am the Access to Care Manager with the County Health Department. I respectfully and earnestly write in support of my friend, Matthew Rocha, whom I have known personally since 1994.

Matt and I first became friends more than three decades ago. Although in 1997, we lost contact following his incarceration, we did reconnect in 2017 a few months after his release from Pelican Bay State Prison's Secure Housing Unit (SHU), where he spent over 17 years. After his transfer from the SHU, Matt and I were in a committed relationship for several years. During this time, I regularly visited him, corresponded through letters, and maintained frequent phone contact, providing emotional support and companionship. After our romantic relationship ended amicably, our bond remained strong, evolving into a lasting friendship characterized by mutual respect and trust. To this day, we communicate weekly, and I continue to provide emotional and practical support as Matt navigates his journey toward rehabilitation and eventual reintegration.

Matt is not the same man who entered prison decades ago. Throughout his incarceration, he has immersed himself in personal reflection and extensive self-education, reading widely and deepening his understanding of himself and the world around him. Matt is exceptionally intelligent, thoughtful, and articulate. In our countless conversations, I consistently witness his genuine growth, emotional maturity, and sincere remorse for past decisions. He has committed considerable effort toward learning from his past mistakes and actively works toward shaping a more positive and meaningful future.

Matt is deeply family-oriented, and his family urgently needs him home. He has two daughters and three grandchildren who would benefit significantly from his presence, wisdom, and emotional support. Additionally, Matt's elderly mother is experiencing rapidly declining health; his release would allow him to provide critical emotional and practical care during this vulnerable time. Reconnecting meaningfully with family is a powerful motivation for Matt to continue moving forward positively and constructively.

Given his extensive experiences, including decades of incarceration, Matt possesses unique insights and credibility that would allow him to positively impact at-risk youth. His story of transformation and resilience positions him exceptionally well to guide young individuals away from harmful influences. With my support, along with that of Matt's extensive network of family, we are fully prepared to assist Matt in securing housing, employment, and essential community-based resources upon his release. I'm committed to providing him with financial support, ensuring a smooth transition into life outside prison.

Respectfully, Your Honor, I urge you to consider leniency in sentencing Matthew. I firmly believe Matt's transformation is genuine and lasting. Considering his age, profound self-reflection, demonstrated remorse, and robust family support, I have every confidence Matt will successfully reintegrate into society, contribute positively to his community, and support his family in meaningful ways.

Thank you sincerely for your thoughtful consideration of this letter. Should you need further information or clarification, please do not hesitate to contact me directly.

Respectfully,

*Patricia Alcocer*