UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 1, 2025     **Time:** 39 Minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 21-cr-00236-YGR     **Case Name:** UNITED STATES v. Matthew Rocha

**Attorney for Plaintiff:** Leif Dautch and Mari Overbeck
**Attorney for Defendant:** Jack Gordon
**Defendant:** Matthew Rocha [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [ X ] In Custody  [  ] Not in Custody

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Reported by:** Stephen Franklin; via Zoom
**Probation:** Jessica Goldsberry

## PROCEEDINGS

Sentencing – Held.

The Court discussed the sentencing recommendations with the parties. The defendant addressed the Court. The Court Grants the Government's Section 5K1.1 motion.

The defendant is committed to the custody of the Bureau of Prisons for a term of time served on Count One of the Information. Five years supervised release with standard and special conditions as stated on the record. The defendant shall pay a special assessment fee of $100.00. The Court orders the fine waived.

CASE CONTINUED TO: June 12, 2025, at 9:00 a.m. for Status Conference.